# United States Court of Appeals
## For the First Circuit

No. 21-1747

UNITED STATES,

Appellee,

v.

ÁNGEL RAMOS-CARRERAS,

Appellant, Defendant.

**ERRATA SHEET**

The opinion of this Court issued on December 1, 2022, is amended as follows:

On page 3, line 24, replace "years" with "years'"